# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

JANE DOE (S.A.T.), an individual,

Plaintiff,

v.

WYNDHAM HOTELS & RESORTS, INC.,
RAMADA FRANCHISE SYSTEM, INC.,
GLOBAL HOSPITALITY, L.P., AND
PRAMUKHRAJ IRVING LLC,

Defendants.

CIVIL ACTION NO. 3:25-cv-02744-E

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses

this action in its entirety without prejudice, with each party to bear its own costs and fees.

Dated: October 27, 2025

Respectfully submitted,

**SICO HOELSCHER HARRIS, LLP**

*/s/ Ramsey S. Al-Azem*
David E. Harris
State Bar No. 24049273
Ramsey S. Al-Azem
State Bar No. 24125576
819 N. Upper Broadway
Corpus Christi, Texas 78401
(361) 653-3300
(361) 653-3333 Facsimile
*dharris@shhlaw.com*
*ralazem@shhlaw.com*

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October, 2025 a true and correct copy of the foregoing document was served upon all counsel of record via CM/ECF.

*/s/ Ramsey S. Al-Azem*
Ramsey S. Al-Azem